UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

JONATHAN ANTHONY-LEE TORRES
PLAINTIFF
VS.
ERIC DYE ET. AL.
DEFENDANTS

MEMORANDUM OF
INCIDENTS AND DATES
AT ALEXANDER
CORRECTIONAL INST.

THIS IS TO ATTACH INFORMATION THAT PLAINTIFF RECORDED OF INCIDENTS THAT HAPPENED AT ALEXANDER CORRECTIONAL INSTITUTION. During HIS STAY FROM DEC 6, 2019 TILL JUNE 4, 2020.

THIS INCIDENT OCCURED RIGHT BEFORE I ARRIVED AT ALEXANDER, BUT I was placed IN Modified Block Along WITH (3) OTHER INMATES That shipped In with ME FROM AVERY-MITCHELL. DUE TO NO BEDS OPENED ON YARD. So I was AROUND ALL INMATES ThaT WATCHED ALL UNFOLD. ONE INMATE ThaT Told ME STORY WAS Sylvster Andrews #1021385, & JIMMY Allen #0627413. THIS HAPPENED IN RED UNIT C-BLOCK AT WHICH TIME

1

After said happened. All inmates were moved from Red-C-block, and placed in Red B-block which was at time the "Gang Block". All inmates that were assigned to Red-B-block had to be a gang member, which created a hostile environment by administration. The gang block was broken up and turned into the modified block after inmate got killed. (In November 2019) The inmate got killed in C-block. Afterwords C-block was opened up to another seg unit. Which once upon a time Red-A,b,c use to be mental health blocks. Now all except B Block has been turned into additional seg beds. In order to keep all these units open as "seg" they have to keep filled up- so there always locking ppl up for nothing. So in November after inmate got stabbed- A "black inmate" staff and inmates all new he was the victim. Staff came in and hand cuffed both inmates, the other inmate needed no medical attention, the inmate who had been stabbed needed medical- and he kept on telling staff, after he was cuffed that he couldn't breath. Victim was brought out of C-block in cuffs and laid on ground in front of C-block. That's where he ended up dieing at. There's a medical office 10 yards away from unit, made for those units. This inmate could still

2.

possibly be alive if staff and medical would of acted accordingly.

At first of March 2020. A unit manger of Blue Unit-(Townser) "Made Newspaper" was stocking a inmates wife-that he seen at visiton. (Inmate Dills) started texting her pictures and told her if she didn't comply with his demands, he would have Dills stabbed by gang members. Dills was placed in a car and transfered to medium custody "Craggy" And being I worked in kitchen - I watched Sheriff escort Townser outta prison.

Then at end of April - 2020 - Unit Manger Elizabeth Nicole Powell got caught having a affair with Officer David Carroll. Which resulted both being moved to different units.

Just like when they transfered a inmate to "CP" in 2014 or 2015 and he was Dead (Central Prison) Alexander has a long history of misconduct. Above is about staff, that I am aware of.

The staff population is 95% white, 2% Spanish, 2% Black and 1% Asian. Oppression is a very common pratice there. As many staff members say - Raleigh can't see to the Mountains.

These are incidents that happened from April 11,20 until June 2, 20. On April 11,20 Red-Unit-D-Block

3

A FIGHT BROKE OUT- BECAUSE OFFICER IN BOOTH popped WRONG WING OUT FOR THERE 4-Hour REC PERIOd. IT GOES BY TOP·FLOOR- BOTTOM FLOOR- BACK AND FORTH IS HOW IT GOES. A INMATE was on phone from bottom FLOOR And didn't get off until HIS 15 MIN CALL was up- which Delayed TOP from Coming out. AFTER INMATE Hung phone up- And started Back Toward HIS Cell. THE TOP was popped OUT- which Resulted IN Some words BETWEEN Rodney AlSTON #0833252 From Top Floor And INMATE From BOTTOM FLOOR, THAT RESULTED IN TO A fight. OFFICER Wagner And officer SELF-CHECK were on FLOOR when fight HAPPEND And watched for 30 SECONds Before Calling A Code 4. (3) OTHER INMATES ended up Jumping IN WITH AlSTON IS when Code was CAlled. ALSTON WAS SHOT WITH A TASER (3) TIMES WITHIN SECONDS. ONCE IN CHEST, ONCE IN LEG and IN buTTOCKS. A COURT CASE JUST CAME OUT Where A INMATE was shot 3 TIMES with a TASER WITHIN (90 SECONDS) Deemed EXCESSIVE FORCE. THIS WAS IN PRISONER legal NEWS And CRIMINAL legal NEWS. ON APRIL 29, 20 BlUE UNIT -A-Block. THERE was a officer Training A NEW officer- And usually when THIS IS Going on- OFFICERS LIKE TO Try And Flex There Powers, Which Resulted IN BOTH OFFICERS GETTING BEAT UP By 5 INMATES. ONE OFFICER TRYED Roughing INMATE UP AGAINST WAll- To SEARCH him- And BOTH OFFICERS GOT SENT TO Hospital. WHEN COVID-19 TOOK full

4.

AFFECT, ALL VISITION AND MOVEMENT WAS SHUT down AND THIS IS when stress levels STARTED TO RISE. When you have officers messing with INMATES for NO REASON, AND STRESS levels Are AT A All TIME HIgh BECAUSE OF COVID-19 And people passing Because of Such DOSEN'T EQUAL A Good combination. AFTER THEY GOT ISSUE UNDER CONTROL. ONE INMATE was placed IN SHOWER IN C-Block - FOR TWO HOURS SOAKED IN PEPPER SPRAY. HOLLERING FOR OFFICERS TO TURN WATER ON SO He could DECONTAMINATE. THEY ended up shipping All OUT THAT day - BUT THE LAST INMATE TO BE Shipped GOT BEAT up By officers IN HAll way - while In full-Restraints. THE janitor FROM Modified TOId ME AND OTHER INMATE'S IN C-blocks what had Happend IN Hallway on HIS way OUT of PRISON.

Some TIME AT End of APRIL - on Green unit C-block. OFFICER CARROll And A NEW officer payton "FEMALE" ended up spraying A INMATE FOR TAIKING BACK TO BOTH THESE OFFICERS. Which Resulted IN THE whole Block "Top Floor" standing up To officers which Resulted IN A (Code 7) TO BE CAlled. A CoDE 7 IS when officers ARE IN TROUBLE. FAST FORWARD TO May 6, 20. THE "INMATE" officer payton sprayed FOR NO REASON was let out of SEG THAT WEEK. And on May 6, 20 INMATE ended up TWO pIECEING OFFICER PAYTON. AT THIS TIME OFFICER PAYTON WENT

5.

THROUGH BLOCKS, TELLING EVERYBODY THEY NEED TO SEND MORE THAN THAT TO TAKE HER OUT. THIS INMATE HAD KNOT'S ALL OVER FACE AND WAS SHIPPED TO CENTRAL PRISON SAME DAY, KNOT'S WERE CAUSED BY STAFF.

ON May 27, 20 RED UNIT C-BLOCK. OFFICER'S NEVER ANSWER CALL BUTTON'S, LET ALONE MAKE ROUND'S EVER 30 MINS LIKE THERE SUPPOSE TO. A MENTAL HEALTH INMATE HUNG HIMSELF, WHILE UNIT MANGER April parker WAS TALKING TO A SEG INMATE. THERE WAS NUMEROUS INMATES TRYING TO TELL HER WHAT WAS GOING ON - AND WHEN SHE WOULDN'T LISTEN - INMATES STARTED KICKING DOORS - WHICH SHE FINALLY WENT TO INVESTIGATE AND SEEN INMATE HANGING. SHE STARTED SCREAMING FOR OTHER OFFICERS TO COME GET HIM, SHE RAN OUT OF BLOCK YELLING FOR HELP, WHICH OFFICERS CAME AND HAD TO CUT HIM DOWN FROM LIGHT.

ON June 2, 20 - They had INMATE'S CLEANING PRISON GOOD - BECAUSE DIRECTOR WAS COMING TO INSPECT PRISON. EVER TIME SOMEBODY WITH AUTHORITY COMES - THEY TIGHTEN PRISON UP. COMMON SENCE WOULD BE TO ~~___~~ HAVE SUCH PEOPLE POP UP WITH OUT NOTICE - TO SEE REAL ELEMENTS LIKE THEY REALLY ARE.

AT Alexander - ALMOST ALL OFFICERS AND NURSE'S CARRY CELL PHONE'S WITH THEM. I HAD THE G.S. BUT HAD TO SEND THAT law-book HOME WHEN

6.

I came to RDU program, "At Marion", but it clearly says All cell phones are to be locked in car once on prison grounds, unless authorized for certain staff. It is clear Alexander operates on own policy - which they see fit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct

Date: October 7, 2020
Respectfully submitted,
*Jonathan Anthony-Lee Torres*
Jonathan Anthony-Lee Torres
#0715405
355 Old Glenwood Road
Marion NC 28752