UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-00164-MR

JONATHAN ANTHONY LEE TORRES,  )
                              )
            Plaintiff,        )
                              )
vs.                           )     ORDER
                              )
                              )
ERIC DYE, et al.,             )
                              )
            Defendants.       )
_____)

**THIS MATTER** is before the Court on Plaintiff's Motion for Extension of Time to Obtain Rest of Discovery and Address Discovery Issues [Doc. 57], Plaintiff's Motion to Compel Discovery [Doc. 58], Defendants' Motion for Extension of Time to File Dispositive Motions [Doc. 59], and Defendants' Response to Order to Show Cause [Doc. 62].

The Court herein incorporates by reference its previous Orders in this case. [See Docs. 12, 19, 53, 61]. The Court has reviewed the matters pending before it together with all relevant previous submissions to the Court and finds as follows:

(1) Plaintiff's Motion to Compel relative to Defendant Dye's discovery responses [Doc. 58 at 3] will be denied for the reasons stated by Defendants in their Show Cause Response. [Doc. 62

at 1-2].

(2) Plaintiff's Motion to Compel relative to Requests for Production Nos. 7, 8, and 11 [Doc. 58 at 5-6, 8] will be granted. Defendants shall have ten (10) days from this Order to supplement their discovery responses to these Requests as outlined in their Show Cause Response. [Doc. 62 at 2].

(3) Plaintiff's Motion to Compel relative to Requests for Production Nos. 6, 9, 10, 15, 16, and 19 will be denied for the reasons stated in Defendants' original discovery responses [Doc. 58-2 at 1-3] and for the reasons stated in their Show Cause Response [Doc. 62 at 2].

(4) The Court will grant Plaintiff's motion for an extension of the discovery deadline [Doc. 57] insofar as Defendants shall have 10 days from this Order to supplement their discovery responses in accordance with the terms of this Order.

(5) The Court will deny Defendants' motion for an extension of the dispositive motions deadline as moot. The parties shall have until June 8, 2023 to file dispositive motions in this matter.

# ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Compel [Doc. 58] is **GRANTED IN PART** and **DENIED IN PART** in accordance with the terms of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to Obtain Rest of Discovery and Address Discovery Issues [Doc. 57] is **GRANTED IN PART** such that Defendants shall supplement their discovery responses in accordance with the terms of this Order within ten (10) days of this Order.

**IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time to File Dispositive Motions [Doc. 59] is **DENIED** as moot and the parties shall have until June 8, 2023 to file dispositive motions in this matter.

**IT IS SO ORDERED**.

Signed: May 11, 2023

Martin Reidinger
Chief United States District Judge