# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO. 5:20-cv-00164-MR

| | |
|---|---|
| JONATHAN ANTHONY LEE TORRES, ) ) Plaintiff, ) ) vs. ) ) ) ERIC DYE, et al., ) ) Defendants. ) _____ ) | **ORDER** |

**THIS MATTER** is before the Court sua sponte.

The deadline to file dispositive motions in this case has expired and no dispositive motion has been filed. The Court intends to refer this case to a United States Magistrate Judge for the purpose of conducting a Judicial Settlement Conference. Any party not wishing to participate in a Judicial Settlement Conference shall file written objections within fourteen (14) days of this Order.

**IT IS, THEREFORE, ORDERED** that any party not wishing to participate in a Judicial Settlement Conference shall file written objections so informing the Court within **fourteen (14) days** of this Order.

**IT IS SO ORDERED**.

Martin Reidinger
Chief United States District Judge