IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
5:20-cv-00164-MR

| | | |
|---|---|---|
| JONATHAN ANTHONY LEE TORRES, | ) ) ) | |
| Plaintiff, | ) | ORDER |
| v. | ) ) | |
| ERIC DYE, et al., | ) ) | |
| Defendants. | ) ) | |

This matter is before the undersigned for the resetting of a judicial settlement conference.

According to a "motion for change of address," submitted by Plaintiff and filed on February 21, 2024, Plaintiff has reached the facility where he will remain until his release. Doc. 88. Consequently, the judicial settlement conference can now be rescheduled.

In particular, a judicial settlement conference is set for **Thursday, March 28, 2024 from 9:30 a.m. to 11:30 a.m.**

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from his present place of incarceration and that facility shall ensure that the necessary accommodations are made to allow Plaintiff to participate reasonably in the settlement

1

conference including, to the extent possible, allowing Plaintiff to participate in a private setting and with access to his case materials.

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than **March 15, 2024** or be subject to summary denial.

Defense counsel shall ensure that the Warden and/or Plaintiff's case manager at Plaintiff's current place of incarceration receives notice of the conference, including call-in information and a copy of this Order.

Further, as Plaintiff is no longer in transit, the requirement that Defendants submit status reports regarding Plaintiff's location is terminated.

It is so ordered.

Signed: February 21, 2024

W. Carleton Metcalf
United States Magistrate Judge