IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
5:20-cv-00164-MR

| | | |
|---|---|---|
| JONATHAN ANTHONY LEE TORRES, | ) ) ) | |
| Plaintiff, | ) | ORDER |
| v. | ) ) | |
| ERIC DYE, et al., | ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court on a Notice of Change of Address (the "Notice," Doc. 90) from Jonathan Anthony Lee Torres ("Plaintiff"), which was docketed on March 7, 2024.

On January 2, 2024, a judicial settlement conference was scheduled for February 8, 2024, with Plaintiff participating from his place of incarceration. Doc. 81.

On January 8, 2024, a "Motion for Notice of Change of Address" from Plaintiff was filed and indicated that Plaintiff expected to be transferred to another location. Doc. 82.

On January 22, 2024, a "Motion for Change of Address" from Plaintiff was docketed and stated that Plaintiff was scheduled to be transferred to a facility in Michigan. Doc. 84.

1

Defendants moved to continue the February 8, 2024 settlement conference until Plaintiff had reached a permanent federal prison location, that request was allowed, and the conference was postponed. Docs. 85, 86.

On February 21, 2024, a "Motion for Change of Address" from Plaintiff was docketed. Doc. 88. That filing stated that Plaintiff had arrived at the facility where he would remain until his release from custody. Doc. 88.

Consequently, on February 22, 2024, the Court rescheduled the settlement conference for March 28, 2024. Doc. 89.

However, the Notice (which is dated February 25, 2024) now states that Plaintiff was to be released on March 5, 2024 and would be staying at a halfway house in Charlotte, North Carolina. Doc. 90. The Notice, though, does not state how long Plaintiff expects to be at that location or whether he could participate remotely in a settlement conference from that location.

In light of this information, the undersigned will not postpone the settlement conference further at this time but instead will direct defense counsel to attempt to confer with Plaintiff as to certain logistical matters.

**IT IS THEREFORE ORDERED THAT:**

1. Defense counsel is directed:

    a. To attempt to reach Plaintiff and communicate with him regarding the following:

      i. Plaintiff's expected location and/or custodial status on March 28, 2024;

     ii. Plaintiff's expected ability to participate in a judicial settlement conference remotely from that location, including whether Plaintiff would have access to a telephone, his case materials, and a private setting from which to participate;

    iii. The possibility of the parties appearing in person for a judicial settlement conference in Asheville; and

    iv. Any other logistical issues relative to the settlement conference.

  b. To provide this information to the undersigned's chambers no later than **NOON** on **Thursday, March 21, 2024**.

2. This Order is entered solely for the purpose of facilitating a judicial settlement conference without further delay and does not relieve Plaintiff of his continuing obligation to ensure that the Clerk's office and opposing counsel have his current contact information.

Signed: March 8, 2024

W. Carleton Metcalf
United States Magistrate Judge

3