UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
File No.: 5:20-cv-00164-MR

| | |
|---|---|
| JONATHAN ANTHONY LEE TORRES,<br>Plaintiff,<br><br>v.<br><br>ERIC DYE, *et al.*,<br>Defendants. | **MOTION FOR<br>SUMMARY JUDGMENT** |

NOW COME Defendants Dye, Biecker, Poteat, Clawson, Delozier, Franks, Carroll, Chester, Turner, Morrison, Brown, and Moss, (collectively hereinafter "Defendants"), by and through Undersigned Counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move for summary judgment as there exists no genuine issues of material fact which support Plaintiff's claims. In support of this motion, Defendants rely upon the pleadings filed in this case as well as the supporting materials filed herewith, including a Memorandum in Support of this Motion, which includes declarations and exhibits.

1

Respectfully submitted this the 22nd day of October, 2024.

JOSHUA H. STEIN
Attorney General

/s/ Alex R. Williams
Alex R. Williams (N.C.S.B. No. 41679)
Special Deputy Attorney General
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, North Carolina 27699-9001
Telephone: 919-716-6528
Facsimile: 919-716-6761
awilliams@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I will cause the foregoing document to be served on all non-CM/ECF participant(s) by U.S. Mail, postage prepaid, addressed as follows:

>Jonathan Anthony Lee Torres
>2512 Cobbs Way
>Anderson, SC 29621
>*Pro se plaintiff*

This the 22nd day of October, 2024.

>/s/ Alex R. Williams
>Alex R. Williams
>Special Deputy Attorney General